AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Dillon, Elizabeth K. | **2. Court or Organization**<br><br>U.S. District Court, Western District of Virginia | **3. Date of Report**<br><br>09/15/2017 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Judge - Active | **5a. Report Type (check appropriate type)**<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>U.S. District Court, Western District of Virginia<br>210 Franklin Road, S.W., Suite 132<br>Roanoke, Virginia 24011 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President / Counselor | The Ted Dalton American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | One Beacon Insurance Group - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. AMEX Technology Select SPDR - XLK | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 4. Clearbridge Energy MLP F - CEM | A | Dividend | J | T | | | | | |
| 5. Eaton Vance National Municipal Opportunities Trust - EOT | A | Dividend | J | T | | | | | |
| 6. Federated Strategic Value Dividend IS CL - SVAIX | B | Dividend | K | T | Buy | 04/07/16 | K | | |
| 7. Franklin High Yield Tax Free Inc Fund Adv CL - FHYVX | A | Dividend | | | Sold | 04/05/16 | J | A | |
| 8. Henderson Global Equity Income FD Class I - HFQIX | A | Dividend | | | Sold | 04/07/16 | J | | |
| 9. Nuveen High Yield Municipal Bond FD CL I - NHMRX | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 10. Oppenheimer Developing Markets FD CL Y | | None | | | Sold | 04/07/16 | J | | |
| 11. Oppenheimer International Growth Fund CL Y - OIGYX | A | Dividend | J | T | Buy (add'l) | 04/07/16 | J | | |
| 12. Powershares Buyback Achvrs - PKW | A | Dividend | | | Sold | 04/07/16 | J | | |
| 13. Powershares S&P 500 High Dividend Portfolio - SPHD | A | Dividend | J | T | Sold (part) | 12/13/16 | J | A | |
| 14. Sector SPDR Energy - XLE | A | Dividend | | | Sold | 07/01/16 | J | | |
| 15. SPDR KBW Regional Banking ETF - KRE | A | Dividend | | | Sold | 04/07/16 | J | | |
| 16. SPDR Nuveen Bloomberg Barclays formerly Spider Nuveen Barclays - SHM | A | Dividend | J | T | | | | | |
| 17. SPDR SSGA Multi-Asset Real Return ETF - RLY | | None | J | T | Buy | 12/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR US Dividend Aristocrat ETF formerly SPDR S P Dividend ETF - SDY | A | Dividend | K | T | | | | | |
| 19. T Rowe Price Virginia Tax Free Bond Fund CL None - PRVAX | A | Dividend | K | T | | | | | |
| 20. Vaneck Vectors AMT-Free Interm Muni formerly Market Vectors - ITM | A | Dividend | K | T | Buy (add'l) | 07/01/16 | J | | |
| 21. Vanguard Dividend Appreciation ETF - VIG | A | Dividend | K | T | | | | | |
| 22. Vanguard Growth ETF - VUG | A | Dividend | J | T | | | | | |
| 23. Wisdom Tree TR Midcap Div FD - DON | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 24. Bank of America NA cash account (X) | A | Dividend | J | T | | | | | |
| 25. Brokerage Account #2 | | | | | | | | | |
| 26. Advisory Research MLP & Energy Income Fund CL I - INFIX | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 27. | | | | | Sold (part) | 12/06/16 | J | A | |
| 28. AMEX Technology Select SPDR - XLK | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 29. Clearbridge Energy MLPF - CEM | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 30. Columbia Dividend Income Fund CL Z - GSFTX | B | Dividend | K | T | Buy | 04/08/16 | K | | |
| 31. | | | | | Sold (part) | 12/06/16 | J | A | |
| 32. Eaton Vance Floating - EIBLX | A | Dividend | | | Sold | 04/08/16 | J | | |
| 33. | | | J | T | Buy | 12/06/16 | J | | |
| 34. Federated Strategic Value Dividend IS CL - SVAIX | C | Dividend | L | T | Buy | 04/08/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 36. Henderson Global Equity Income FD Class I - HFQIX | A | Dividend | | | Sold | 04/08/16 | J | | |
| 37. Metropolitan West Total Return Bond FD CL I - MWTIX | B | Dividend | K | T | Buy (add'l) | 04/08/16 | K | | |
| 38. | | | | | Sold (part) | 12/06/16 | J | | |
| 39. Nuveen Santa Barbara Dividend Growth FD CL I - NSBRX | A | Dividend | K | T | Buy | 04/08/16 | K | | |
| 40. | | | | | Sold (part) | 12/06/16 | J | A | |
| 41. Oppenheimer Developing - ODVYX | | None | | | Sold | 04/08/16 | J | | |
| 42. Oppenheimer International - OIGYX | A | Dividend | K | T | Buy (add'l) | 04/08/16 | K | | |
| 43. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 44. PIMCO Income Fund CLP - PONPX | B | Dividend | K | T | Buy (add'l) | 04/08/16 | K | | |
| 45. | | | | | Sold (part) | 12/06/16 | J | | |
| 46. Pioneer Fundamental Growth Fund CL Y - FUNYX | A | Dividend | K | T | Buy | 04/08/16 | K | | |
| 47. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 48. Powersharies Buyback Achvrs - PKW | A | Dividend | | | Sold | 04/08/16 | J | | |
| 49. Powershares S&P 500 High Dividend Portfolio - SPHD | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 50. Prudential Short Term Corporate Bond FD Inc Z - PIFZX | A | Dividend | J | T | Buy | 04/08/16 | K | | |
| 51. | | | | | Sold (part) | 12/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sector SPDR Energy - XLE | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 53. SPDR KBW Regional Banking ETF - KRE | A | Dividend | | | Sold | 04/08/16 | J | | |
| 54. SPDR S P Divid ETF - SDY | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 55. TCW Total Return Bond FD CL I - TGLMX | B | Dividend | K | T | Buy (add'l) | 04/08/16 | K | | |
| 56. | | | | | Sold (part) | 12/06/16 | J | | |
| 57. Vanguard Dividend Appreciation ETF - VIG | A | Dividend | | | Sold | 04/08/16 | K | A | |
| 58. Vanguard Growth ETF - VUG | A | Dividend | K | T | Buy (add'l) | 04/08/16 | K | | |
| 59. | | | | | Sold (part) | 12/06/16 | J | A | |
| 60. Vanguard Short-Term Corporate Bond - VCSH | A | Dividend | | | Sold | 04/08/16 | J | | |
| 61. Wisdom Tree TR Midcap Div FD - DON | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 62. Bank of America NA cash account | A | Interest | K | T | | | | | |
| 63. Brokerage Account #3 | | | | | | | | | |
| 64. Bank of America NA cash account | A | Interest | J | T | | | | | |
| 65. ClearBridge Energy MLPF - CEM | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 66. Eaton Vance Floating Rate Fund CL I - EIBLX | A | Dividend | | | Sold | 04/07/16 | J | | |
| 67. | | | J | T | Buy | 11/16/16 | J | | |
| 68. Henderson Global Equity Income FD Class I - HFQIX | A | Dividend | | | Sold | 04/07/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | John Hancock Disciplined Value Fund CL I - JVLIX | A | Dividend | J | T | Buy | 12/15/16 | J | | |
| 70. | Metropolitan West Total Return Bond FD CL I - MWTIX | A | Dividend | K | T | Buy (add'l) | 04/07/16 | J | | |
| 71. | Oppenheimer Developing Markets FL CL Y - ODVYX | | None | | | Sold | 04/07/16 | J | | |
| 72. | Oppenheimer International Growth Fund CL I - OIGYX | A | Dividend | K | T | Buy (add'l) | 04/07/16 | K | | |
| 73. | PIMCO Income Fund CL P - PONPX | B | Dividend | K | T | Buy (add'l) | 04/07/16 | J | | |
| 74. | Pioneer Fundamental Growth Fund CL Y - FUNYX | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 75. | | | | | | Sold (part) | 12/15/16 | J | A | |
| 76. | Powershares Buyback Achvrs - PKW | A | Dividend | | | Sold | 04/07/16 | J | | |
| 77. | Powershares S&P 500 High Dividend Portfolio - SPHD | A | Dividend | | | Sold | 04/07/16 | K | A | |
| 78. | Prudential Short Term Corporate Bond FD Inc Z - PIFZX | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 79. | | | | | | Sold (part) | 11/16/16 | J | | |
| 80. | Sector SPDR Energy - XLE | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 81. | SPDR KBW Regional Banking ETF - KRE | A | Dividend | | | Sold | 04/07/16 | J | | |
| 82. | SPDR S P Divid ETF - SDY | A | Dividend | | | Sold | 04/07/16 | K | A | |
| 83. | TCW Total Return Bond FD CL I - TGLMX | A | Dividend | K | T | Buy (add'l) | 04/07/16 | J | | |
| 84. | Vanguard Dividend Appreciation ETF - VIG | A | Dividend | | | Sold | 04/07/16 | K | D | |
| 85. | Vanguard Growth ETF - VUG | A | Dividend | J | T | Sold (part) | 04/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/15/16 | J | A | |
| 87. Vanguard Intermediate Term Bond ETF - BIV | A | Dividend | | | Sold | 04/07/16 | K | A | |
| 88. Vanguard Short Term Bond - BSV | A | Dividend | | | Sold | 04/07/16 | K | A | |
| 89. Vanguard Short Term Corporate Bond - VCSH | A | Dividend | | | Sold | 04/07/16 | K | | |
| 90. Wisdom Tree TR Midcap Div FD - DON | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 91. | | | | | | | | | |
| 92. Abbvie Inc Shs - ABBV | A | Dividend | | | Buy | 04/07/16 | J | | |
| 93. | | | | | Sold | 07/14/16 | J | A | |
| 94. Altria Group Inc - MO | | None | | | Buy | 04/07/16 | J | | |
| 95. | | | | | Sold | 05/05/16 | J | | |
| 96. American Electric Power Co - AEP | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 97. Astrazeneca PLC Spnd ADR - AZN | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 98. AT&T Inc - T | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 99. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 100. Automatic Data Proc - ADP | | None | | | Buy | 04/07/16 | J | | |
| 101. | | | | | Sold | 05/05/16 | J | | |
| 102. Carnival Corp Paired Shs - CCL | A | Dividend | J | T | Buy | 09/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CME Group Inc - CME | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 104. Century Link Inc - CTL | A | Dividend | | | Buy | 04/07/16 | J | | |
| 105. | | | | | Sold | 11/03/16 | J | | |
| 106. Coca Cola Com - KO | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 107. Digital Realty TR Inc - DLR | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 108. | | | | | Sold (part) | 09/13/16 | J | A | |
| 109. Dominion Resources Inc New VA - D | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 110. Enbridge Inc Com - ENB | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 111. Exxon Mobil Corp Com - XOM | A | Dividend | | | Buy | 04/07/16 | J | | |
| 112. | | | | | Sold | 07/26/16 | J | A | |
| 113. General Electric - GE | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 114. Intel Corp - INTC | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 115. International Business Machines Corp - IBM | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 116. JPMorgan Chase & Co - JPM | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 117. | | | | | Sold (part) | 12/15/16 | J | A | |
| 118. Kimberly Clark - KMB | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 119. Kraft (The) Heinz Co Shs - KHC | A | Dividend | J | T | Buy | 04/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lockheed Martin Corp - LMT | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 121. McDonalds Corp Com - MCD | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 122. MetLife Inc Com - MET | A | Dividend | J | T | Buy | 07/14/16 | J | | |
| 123. | | | | | Sold (part) | 12/15/16 | J | A | |
| 124. Occidental Petroleum Corp Cal - OXY | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 125. Paccar Inc - PCAR | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 126. Pfizer Inc - PFE | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 127. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 128. Philip Morris International Inc - PM | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 129. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 130. PPL Corporation - PPL | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 131. Procter & Gamble Co - PG | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 132. Royal Dutch Shell PLC Spons ADR B - RDSB | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 133. Spectra Energy Corp - SE | A | Dividend | | | Buy | 04/07/16 | J | | |
| 134. | | | | | Sold | 09/07/16 | J | B | |
| 135. Thomson Reuters Corp - TRI | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 136. Toronto Dominion Bank - TD | A | Dividend | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ventas Inc REIT - VTR | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 138. | | | | | Sold (part) | 09/13/16 | J | A | |
| 139. Verizon Communications Com - VZ | A | Dividend | J | T | Buy | 04/07/16 | J | | |
| 140. Wells Fargo cash accounts | A | Interest | L | T | | | | | |
| 141. IRA Account #1 | | | | | | | | | |
| 142. OneBeacon Company Stock Fund | A | Dividend | L | T | Buy (add'l) | 02/24/16 | J | | |
| 143. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 144. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 145. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 146. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 147. Vanguard Target Retirement 2025 | | None | N | T | Buy (add'l) | 01/05/16 | J | | |
| 148. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 149. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 150. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 151. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 152. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 153. | | | | | Buy (add'l) | 03/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 155. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 156. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 157. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 158. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 159. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 160. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 161. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 162. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 163. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 164. IRA Account #2 | | | | | | | | | |
| 165. The Growth Fund of America | | None | | | Sold | 03/28/16 | N | G | |
| 166. John Hancock Universal Life | | None | L | T | | | | | |
| 167. US Savings Bonds Series EE | | None | J | T | | | | | |
| 168. US Savings Bonds Series E | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With regard to Part VII, the Powershares S & P 500 on line 17 of the prior report should have been listed as sold in part and the Kayne Anderson MLP on line 65 of the prior report should have been listed as sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth K. Dillon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544